ROY LYNN FOREHAND,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2580

Opinion filed December 12, 2016.

An appeal from an order of the Circuit Court for Bay County.
Brantley S. Clark, Judge.

Roy Lynn Forehand, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      We previously affirmed the summary denial of the appellant's postconviction motion brought pursuant to Florida Rule of Criminal Procedure 3.800(a), but retained jurisdiction for consideration of the imposition of sanctions.

The appellant has failed to obtain relief in at least nine cases he filed in this court to challenge this judgment and sentence. This is his fifth postconviction motion challenging the scoring of his prior conviction for murder. Accordingly, we ordered the appellant to show cause why he should not be prohibited from future pro se filings challenging this judgment and sentence. See State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999). The appellant's response to the show cause order does not provide a legal basis to prohibit the imposition of sanctions.

Therefore, because the appellant's repeated attacks on his judgment and sentence have become an abuse of the legal process, we hold that he is barred from future pro se filings in the court concerning Bay County Circuit Court case number 1986-CF-1247. The Clerk of the Court is directed not to accept any future filings concerning this case unless they are filed by a member in good standing of The Florida Bar.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.